IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FREDERICK FAY WROTEN, #260584,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:20-cv-121-TFM-N |
| ) | |
| **J. LANGFORD FLOYD,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM OPINION AND ORDER

On July 23, 2021, the Magistrate Judge entered a report and recommendation which recommends the federal claims in this action be dismissed without prejudice pursuant to 28 U.S.C. §S 1915(e)(2)(B)(ii)-(iii), 1915A(b)(1)-(2) for failure to state a claim and because Defendants are immune to monetary relief, and further the Court should decline to exercise supplemental jurisdiction. *See* Doc. 15. Plaintiff timely filed his objections on August 25, 2021. *See* Doc. 18.

The Court reviewed Plaintiff's objections and though he attempts to debate the merits of the Magistrate Judge's recommendation, nothing he asserts offsets the well-reasoned analysis on *Heck v. Humphrey*, 512 U.S. 477, 114 S. Ct. 2364, 129 L. Ed.2d (1994) and its progeny or the judicial/prosecutorial immunity issues. As such, Plaintiff's objections are **OVERRULED**.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the report and recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that prior to service of process, the federal claims are **DISMISSED without prejudice** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii-iii) and 1915A(b)(1)-(2). The Court further declines to exercise supplemental jurisdiction over the state law claims.

**DONE** and **ORDERED** this 12th day of October, 2021.

>/s/Terry F. Moorer
>TERRY F. MOORER
>UNITED STATES DISTRICT JUDGE